# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158563(70)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

RYAN MENARD, by his Conservator,
SHELLY MENARD,
      Plaintiff-Appellant,

v

SC: 158563
COA: 336220
Macomb CC: 2014-003145-NI

TERRY R. IMIG and SHARRYL ANN
EVERSON,
      Defendants,
and

MACOMB COUNTY DEPARTMENT OF
ROADS and COUNTY OF MACOMB,
      Defendants-Appellees.
_____/

      On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their supplemental brief is GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before September 9, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 16, 2019



Clerk